EAST BATON ROUGE PARISH
Filed Feb 10, 2022 12:16 PM
Deputy Clerk of Court
FAX Received Feb 03, 2022

C-715626
32

**19TH JUDICIAL DISTRICT COURT**
**PARISH OF EAST BATON ROUGE**
**STATE OF LOUISIANA**

NO. _____                                            DIVISION "___"

**TERRANCE SHELTON**

**VERSUS**

**LANDSTAR RANGER, INC., OLD REPUBLIC INSURANCE COMPANY, GEICO CASUALTY COMPANY, ASTON CARVALHO AND TIERA WHITE**

FILED:_____          _____
                                                        **DEPUTY CLERK**

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Petitioner, Terrance Shelton, person of the full age of majority and a resident of the State of Louisiana, who, with respect, shows the Court as follows:

I.

That Aston Carvalho, made a party defendant herein, is a person of the full age of majority and a resident and citizen of Palm Beach County, State of Florida. That Tiera White, made a party defendant herein, is a person of the full age of majority and a resident and citizen of Harris County, State of Texas. That Landstar Ranger, Inc. made a party defendant herein, is a foreign corporation authorized to do and doing business in the State of Louisiana at all times relevant hereto. That Old Republic Insurance Company, made a party defendant herein, is a foreign insurance company authorized to do and doing business in the State of Louisiana at all times relevant hereto. That Geico Casualty Insurance Company, made a party defendant herein, is a foreign insurance company authorized to do and doing business in the State of Louisiana at all times relevant hereto. That said Defendants are liable, jointly and/or in solido, to Plaintiff for the following:

II.

That on or about February 3, 2021 at approximately 9:25A.M., Tiera White was operating a 2015 Kia Optima, with Terrance Shelton as a passenger traveling westbound on I-10 near the I-10/I110 split in the Parish of East Baton Rouge, State of Louisiana.

**EXHIBIT 1**

1

Certified True and Correct Copy
CertID: 20220021100021

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
2/11/2022 8:05 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

III.

That at approximately the same time and place, Aston Carvalho was operating a 2015 Freightliner also traveling westbound on I-10 near the I-10/I110 split in the Parish of East Baton Rouge, State of Louisiana.

IV.

That at approximately the same time and place, suddenly and without warning, the vehicle Aston Carvalho was driving collided with the vehicle being driven by Tiera White.

V.

That the aforesaid accident sued on herein was the fault of and proximately caused by Defendants, Aston Carvalho and/or Tiera White, in the following, non-exclusive, respects:

(a) by violating La. R.S. 32:58 (Careless Operation);

(b) by failing to maintain reasonable and proper control of the vehicle under their control upon a public road;

(c) by operating the vehicle under their control in a reckless and negligent manner;

(d) by failing to see what should be seen; and

(e) other acts of negligence which were the cause of the accident sued upon and which will be shown at the trial of this matter.

VI.

At the time of the accident Aston Carvalho was acting within the course and scope of his employment with Landstar Ranger, Inc. As the employer of Aston Carvalho, Landstar Ranger, Inc., is jointly, severally, solidarily and vicariously liable and responsible for the acts of negligence and damages caused by its said employee during the course and scope of said employee's employment.

VII.

That as a result of the aforesaid collision, Terrance Shelton has sustained serious injuries to his neck, back, body and mind, together with past and future mental anguish and physical suffering; past and future loss of enjoyment of life; past and future expenses for medical care; all of which entitles Plaintiff, Terrance Shelton, to recover from Defendants the damages as are reasonable in the premises.

VIII.

Petitioner shows that at all times mentioned hereinabove, there was in full force and effect a policy of insurance issued by Defendant, Old Republic Insurance Company, under the terms and

2


Certified True and Correct Copy
CertID: 2022021100021

Jazlusha Mitchell

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
2/11/2022 8:05 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

conditions of which it agreed to insure and indemnify Defendants, Aston Carvalho and Landstar Ranger, Inc., from the type of liability asserted herein.

IX.

Petitioner shows that at all times mentioned hereinabove, there was in full force and effect a policy of insurance issued by Defendant, Geico Casualty Insurance Company, under the terms and conditions of which it agreed to insure and indemnify Defendant, Tiera White, from the type of liability asserted herein.

WHEREFORE, Petitioner, Terrance Shelton, prays that Defendants Aston Carvalho, Tiera White, Old Republic Insurance Company, Geico Casualty Insurance Company and Landstar Ranger, Inc. be served with a certified copy of this petition, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Petitioner, Terrance Shelton, and against Defendants, Aston Carvalho, Tiera White, Old Republic Insurance Company, Geico Casualty Insurance Company and Landstar Ranger, Inc., jointly and/or in solido, for damages as are reasonable in the premises; each of said judgments to bear legal interest from the date of judicial demand until paid and for all costs of these proceedings.

RESPECTFULLY SUBMITTED:

FULLER KEELEN LAW FIRM
ATTORNEY FOR PLAINTIFF
201 ST. CHARLES AVE., SUITE 2500
NEW ORLEANS, LA 70170
TELEPHONE: (504) 754-6854
FACSIMILE: (888)796-9613
E-MAIL: raynique@fullerkeelenlawfirm.com

BY: _____
RAYNIQUE KEELEN, NO. LA 31216

**SERVICE ON NEXT PAGE**

3

Certified True and Correct Copy
CertID: 2022021100021

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
2/11/2022 8:05 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**PLEASE SERVE:**

**OLD REPUBLIC INSURANCE COMPANY**
Through its agent for service of process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**GEICO CASUALTY INSURANCE COMPANY**
Through its agent for service of process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**LANDSTAR RANGER, INC.**
Through its agent for service of process
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

**TIERA WHITE**
Pursuant to the Long Arm Statute LSA-R.S. 13:3201 and 13:3204
911 Sun Prairie
Houston, TX 77090

**ASTON CARVALHO**
Pursuant to the Long Arm Statute LSA-R.S. 13:3201 and 13:3204
5138 El Clare S
West Palm Beach, FL 33415

4

Certified True and Correct Copy
CertID: 2022021100021

*Jarlisha Mitchell*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
2/11/2022 8:05 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).